**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael ALVARADO–FAVELA; Wilfredo Ramos; Orlando Hernandez, Defendants–Appellants.**

No. 05–50488.

United States Court of Appeals,
Fifth Circuit.

Decided April 4, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Theresa Caballero, El Paso, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM: *

*AFFIRMED. See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.